LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-04536-BRO (MRWx) | Date | August 8, 2013 |
|---|---|---|---|
| Title | Damian Chapa v. Roxanna Pislaru Foell et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL** | |
|---|---|---|
| Renee Fisher | Myra Ponce | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:** (IN CHAMBERS)

**ORDER TO SHOW CAUSE**

Plaintiff is **ORDERED** to show cause why this Court should not grant DEFENDANT ROXANA FOELL'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM (filed 7/11/13), docket entry [5]; DEFENDANT RUEDIGER FOELL'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM (filed 7/11/13), docket entry [6]; and, DEFENDANT FREE STATE OF BAVARIA, GERMANY'S MOTION TO DISMISS (filed 7/15/13), docket entry [7] for the failure of Plaintiff to timely file an opposition to these motions. The Plaintiff is to respond to this Order to Show Cause no later than the close of business on Wednesday, August 14, 2013.

**Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.